**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**BRANDMAN IRON COMPANY, Respondent.**

No. 14238.

United States Court of Appeals Sixth Circuit.

Feb. 17, 1962.

ORDER.

Pursuant to the judgment of the Supreme Court, 368 U.S. 399, 82 S.Ct. 429, 7 L.Ed.2d 378.

IT IS ORDERED that the language "or any other labor organization" of its employees heretofore stricken from the order of the Board by this Court be reinserted in said order, 6 Cir., 281 F.2d 797, and enforcement thereof is granted.

**UNITED STATES of America ex rel. WONG SHONG KWONG, Relator-Appellant,**

v.

**P. A. ESPERDY, as District Director of the Immigration Service for the District of New York, or such person, if any, who may have the said Wong Shong Kwong in custody, Respondent-Appellee.**

No. 318, Docket 27426.

United States Court of Appeals Second Circuit.

Argued March 7, 1962.

Decided March 7, 1962.

Abraham Lebenkoff, New York City (Jules E. Coven, New York City on the brief), for relator-appellant.

Roy Babitt, Sp. Asst. U. S. Atty. (Robert M. Morgenthau, U. S. Atty., on the brief), for respondent-appellee.

Before LUMBARD, Chief Judge, and KAUFMAN and MARSHALL, Circuit Judges.

PER CURIAM.

We affirm in open court the order of the district court dismissing the petition for a writ of habeas corpus to compel appellant's release on bail.

**James G. CAREY**

v.

**Dr. R. O. SETTLE.**

No. 16996.

United States Court of Appeals Eighth Circuit.

March 7, 1962.

James G. Carey, pro se.

F. Russell Millin, U. S. Atty., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.